# Exhibit A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZENAIDA ACEVEDO, KELSIE REED,<br>JOANNA DWYER, and COLLEEN PITTS,<br>on behalf of themselves and all other<br>employees similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WORKFIT MEDICAL LLC, WORKFIT<br>STAFFING LLC, DELPHI HEALTHCARE<br>PLLC, DELPHI HOSPITALIST SERVICES<br>LLC, and JAY ELLIE, JR., M.D.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 6:14-cv-06221-EAW-MWP |

### DECLARATION OF MATTHEW J. MCDERMOTT REGARDING
### SETTLEMENT ADMINISTRATION SERVICES

I, MATTHEW J. MCDERMOTT, hereby declare as follows:

1.     I am a Senior Analyst with Class Action Administration LLC ("CAA"), a class action administration company.  As such, I have personal knowledge of the following facts and could competently testify to them.

2.     CAA opened its first office in 2001.  CAA has managed hundreds of class action settlements ranging in size from a few hundred class members to millions of class members.  It has managed settlements involving consumer, insurance, telecommunications, employment/FLSA, banking, securities, anti-trust, environmental, civil rights, and other types of claims.  CAA has handled nearly a billion dollars in settlement funds.  CAA has been voted "best claims administrator" in multiple independent surveys of attorneys around the country.

3.     The Court appointed CAA as the third party administrator on January 14, 2016 for the purposes of administering the Settlement in the case captioned above.

Declaration of Matthew J. McDermott
Regarding Settlement Administration Services                                    Page 1 of 4

**CLASS MEMBER DATA**

4.    On or about January 26, 2016, Class Counsel provided CAA a spreadsheet list containing, among other information, the names and addresses of individuals identified as Class Members. This list contained 1,432 records. In addition, CAA was provided PDF files containing individual's work weeks. Using the additional work week information, CAA identified an additional 132 Class Members; four (4) of these individuals were identified as non-class members by the Defendants, and 376 individuals were excluded from the original list because they did not work during the class period. The final list contained 1,184 unique Class Members.

5.    Prior to mailing notices, CAA updated Class Member address information using data from the National Change of Address (NCOA) database and skip-trace databases. After these updates, a total of 1,184 Class Members had a complete mailing address ("Class Mailing List").

**NOTICE MAILING**

6.    On February 22, 2016, CAA mailed a copy of the "Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing", "Claim Form and Individual Release", and "Opt-Out Statement" (collectively the "Notice Packet") to the 1,184 mailing addresses on the Class Mailing List. A true and accurate copy of the Notice Packet is attached as **Exhibit 1**. On March 23, 2016, CAA mailed a "Reminder Postcard" to 1,070 Class Members who hadn't yet filed a Claim Form. A true and accurate copy of the Reminder Postcard is attached as **Exhibit 2**.

7.    As of the date of this declaration, CAA tracked 225 Notice Packets from the original mailing that had been returned to CAA as undeliverable. CAA was able to re-mail a total of 23 Notice Packets to forwarding addresses provided by the U.S. Postal Service that were not returned a second time. CAA also researched addresses using skip-trace databases, and re-mailed a total of 133 Notice Packets that were not returned a second time. CAA also mailed Notice Packets to 39 Class Members who called to request one. After accounting for all notice

Declaration of Matthew J. McDermott
Regarding Settlement Administration Services                                    Page 2 of 4

attempts, there were 72 Class Members, or 6.08% of the class, who had all notice attempts returned as undeliverable.

## TOLL-FREE NUMBER

8.      On or before February 22, 2016, CAA established a dedicated toll-free number for Class Members to call for additional information or to request a copy of the Notice Packet. As of the date of this declaration, CAA associates fielded 118 calls from Class Members or other individuals.

## OBJECTIONS

9.      The Notice Packet informed recipients that any Class Member who wanted to object to the approval of the Settlement could do so by submitting a written statement to the Claims Administrator postmarked no later than March 23, 2016.

10.      As of the date of this declaration, CAA did not receive any objections to the proposed settlement, and I am not aware of any objections to the proposed.

## REQUESTS FOR EXCLUSION

11.      The Notice Packet informed recipients that any Class Member who wanted to exclude themselves from the Settlement ("opt-out") could do so by submitting a written notice of their election to be excluded to the Claims Administrator postmarked no later than April 22, 2016.

12.      As of the date of this declaration, CAA received and approved twelve (12) timely opt-out requests that were postmarked on or before the April 22, 2016 deadline. Copies of the twelve (12) timely opt-out requests are attached as **Exhibit 3**.

13.      As of the date of this declaration, CAA received and placed in a denied status six (6) opt-outs. One (1) opt-out was a duplicate. Five (5) Class Members filed both a Claim Form and Individual Release and an Opt-out Statement. CAA sent an inquiry via a deficiency letter to

the Class Members regarding which form they intended to file; however, no further clarification was received from the Class Members. Therefore, CAA honored the Claim Forms and denied the Opt-Outs.

## CLAIM FORMS

14.    The Notice Packet informed recipients that any Class Member who wanted to receive a settlement payment must complete and sign the Claim Form and Individual Release ("Claim Form"), and return it to the Claims Administrator postmarked on or before April 22, 2016.

15.    As of the date of this declaration, CAA received a total of 257 Claim Forms. CAA approved of 246 complete and timely Claim Forms and denied a total of six (6) Claim Forms that were identified as duplicates. Five (5) Class Members filed both a Claim Form and Individual Release and an Opt-out Statement. CAA mailed an inquiry via a deficiency letter to the Class Members regarding which form they intended to file; however, no further clarification was received from the Class Members. As a result, CAA honored the Claim Forms and denied the Opt-Outs. Therefore, CAA approved a total of 251 Claim Forms.

## AVERAGE BENEFIT AMOUNTS

16.    The average settlement payment for Subclass A is $743.72.  The average settlement payment for Subclass B is $7,150.27.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __29__ day of  April, 2016

_Matthew J. McDermott_

Matthew J. McDermott

Declaration of Matthew J. McDermott
Regarding Settlement Administration Services                                Page 4 of 4

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZENAIDA ACEVEDO, KELSIE REED, JOANNA DWYER, and COLLEEN PITTS, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>WORKFIT MEDICAL LLC, WORKFIT STAFFING LLC, DELPHI HEALTHCARE PLLC, DELPHI HOSPITALIST SERVICES LLC, and C. JAY ELLIE, JR., M.D.,<br><br>*Defendants.* | NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT AND FAIRNESS HEARING<br><br><br>**Civil Action**<br>**No. 14-cv-6221 EAW(MWP)** |

**TO:    ALL CURRENT OR FORMER EMPLOYEES OF WORKFIT MEDICAL LLC, WORKFIT STAFFING LLC, DELPHI HEALTHCARE PLLC AND/OR DELPHI HOSPITALIST SERVICES LLC AND/OR C. JAY ELLIE ("DEFENDANTS") WHO WORKED ON AN HOURLY BASIS ANYTIME DURING THE PERIOD MAY 2, 2008 THROUGH JANUARY 14, 2016**

Based on information in the records of Defendants, you may be a Class Member who is entitled to participate in the Settlement of the case captioned *Zenaida Acevedo, et al. v. Workfit Medical LLC, et al.* (the "Lawsuit"). **Please read this Notice carefully**. It contains important information about your rights and eligibility concerning the class action Settlement described below.

As described more fully below in Section 6 of this Notice, to be eligible for participation in the Settlement and receive a monetary distribution of the fund established by the Settlement, you must mail a properly completed Claim Form and Individual Release to the Claims Administrator, postmarked no later than April 22, 2016. If you fail to mail in a timely Claim Form and Individual Release, you will receive no monetary distribution.

Regardless of whether you mail in a Claim Form and Individual Release or fail to do so and receive no money, you will be bound by the Release described in Section 6.B unless you "Opt Out" of the Lawsuit. If you do not want to participate in the Settlement, and you do not want to be bound by the Release described in Section 6.B, you must exclude yourself by mailing the enclosed Opt-Out Statement to the Claims Administrator. To be effective, this Opt-Out Statement must be postmarked by no later than April 22, 2016. This process is described more fully below in Section 9.

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

1

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **TIMELY SUBMIT A CLAIM FORM AND INDIVIDUAL RELEASE** | Receive a settlement share and release the Released Claims described in Section 6.B. |
| **DO NOTHING** | Receive no settlement share but still release the Released Claims described in 6.B. |
| **TIMELY SUBMIT AN OPT OUT STATEMENT** | Receive no settlement share but will not release the Released Claims. |
| **TIMELY OBJECT TO THE SETTLEMENT** | You may simultaneously object and timely submit a Claim Form and Individual Release Form to receive a settlement share even if your objection is rejected.  If you only object and your objection is rejected, you will receive no settlement share, but still release the Released Claims. |

## IMPORTANT DEADLINES

- Deadline for the Claim Form and Individual Release: must be postmarked by April 22, 2016

- Deadline for the Opt-Out Statement: must be postmarked by April 22, 2016

- Deadline for objecting to the Settlement: must be postmarked by March 23, 2016

For assistance completing the enclosed Claim Form and Individual Release or for assistance with related matters, please contact the Claims Administrator at:

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

This Notice explains the nature of the Lawsuit and the terms of the Settlement and informs you of your rights and obligations. It contains information about the following topics:

1. **What Is This Lawsuit About?**

2. **What Is A Class Action?**

3. **What Is The Purpose Of This Notice?**

4. **Who Is Included In The Lawsuit?**

5. **Who Is Class Counsel?**

6. **What Are the Benefits And Terms Of The Proposed Settlement?**

7. **When Is The Fairness Hearing To Determine Whether The Settlement Will Be Approved?**

8. **How Can You Object To The Proposed Settlement?**

9. **How Can You Opt Out Of The Settlement?**

10. **What If You Have Questions?**

**THIS NOTICE IS NOT AN EXPRESSION OF ANY
OPINION BY THE COURT AS TO THE MERITS
OF ANY OF THE CLAIMS OR DEFENSES ASSERTED BY THE PARTIES.**

1. **What Is This Lawsuit About?**

Plaintiffs Zenaida Acevedo, Kelsie Reed, Joanna Dwyer and Colleen Pitts (collectively "Plaintiffs"), who were employed by Defendants on an hourly basis, brought this lawsuit. Among other things, Plaintiffs claim that: (1) they were not paid for all of the time they worked; and (2) they were not provided with proper wage notices as required by the Wage Theft Prevention Act ("WTPA"). Plaintiffs, for themselves and for others whom they claim are similarly situated, sought to recover unpaid wages, including allegedly unpaid overtime compensation. Plaintiffs also sought recovery of statutory damages, liquidated damages, interest, attorneys' fees and costs, and other relief. A number of other current or former Defendants hourly employees have opted to join Plaintiffs in this Litigation (the "Opt-Ins").

Defendants deny the claims alleged in the lawsuit. However, in order to avoid the time and expense of continued litigation, Plaintiffs and Defendants agree to enter into a settlement of this case.

2. **What Is A Class Action?**

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. One or more representative plaintiffs, also known as "Class Representatives," file a lawsuit asserting claims on behalf of the entire group, called a "Class." Members of the Class are called "Class Members."

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

3

**3.    What Is The Purpose Of This Notice?**

Judge Wolford has ordered that this Notice be sent to you because you may be a Class Member. The purpose of this Notice is to inform you of the proposed Settlement and of your rights, including:

- To inform you of the steps you must take to receive a share of the settlement funds.

- To inform you of your right to "opt out" of the Settlement Class, and thereby preserve your ability to independently bring any claim that you might have (if you choose to do so);

- To inform you of your right to file objections to the Settlement;

- To inform you that if you do not believe you are owed anything from Defendants, you need not do anything. However, you will lose your right to receive a share of the settlement funds and will not be able to independently bring any claims that you might have.

**4.    Who Is Included In The Lawsuit?**

You are a Class Member if you meet all of the following criteria:

- You were employed by Defendants as an hourly employee anytime during the period May 2, 2008 through January 14, 2016.

**5.    Who Is Class Counsel?**

The Court has approved and appointed Thomas & Solomon LLP and Klafehn Heise & Johnson PLLC to represent all members of the Class. Thomas & Solomon LLP's contact information is 693 East Avenue, Rochester, New York 14607. Class Counsel may be reached at 585-272-0540. However, if you have questions about this Notice or want additional information, you can direct questions to the Claims Administrator at 1-844-498-2510.

**6.    What Are the Benefits And Terms Of The Proposed Settlement?**

Plaintiffs and Defendants have agreed to the Settlement summarized below. The parties' obligations under the Settlement will not become effective unless and until it receives final court approval.

   *A.    What Are the Benefits And Terms Of The Proposed Settlement?*

The following adjustments will be made to the $2.1 million amount prior to distribution of the settlement funds to the Class Members:

- <u>Settlement Administration Fees</u>: A reserve will be set aside for reasonable costs associated with administering the Settlement. The reserve will be used to pay a claims administration company for mailings, processing claims, providing information and assistance to Class Members, and preparing information reported to the Court.

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

4

- <u>Attorneys' Fees and Costs</u>: Class Counsel will seek, and Defendants will not oppose, an award covering fees, costs and expenses not to exceed 33 1/3% of the $2.1 million settlement fund described above, plus up to $15,000.00 to reimburse them for their actual litigation costs. All fee awards, costs and expenses paid to Class Counsel will be paid from the settlement fund. Class Counsel has expended considerable time and effort in the prosecution of this litigation on a contingent basis, and has advanced the expenses of this litigation in the expectation that if successful in obtaining a recovery in the matter, Class Counsel would be paid from that recovery. In this type of litigation, it is customary for counsel to be awarded a percentage of the recovery to cover attorneys' fees, costs, and expenses.

- <u>Individual Awards</u>: If the Court approves such awards, certain individuals will receive payments because they provided service to the Class by helping Class Counsel formulate claims. Specifically, Plaintiffs will seek up to $60,000.00 total to be divided among the Named Plaintiffs. Additionally, opt-in plaintiff Tracy Slocum asserted a claim of retaliation under the FLSA for participating in the Lawsuit in a separate lawsuit *Slocum v. WorkFit Medical LLC, et al.*, Civil Action No. 15-cv-6186 (the "Slocum Lawsuit"). In consideration of the dismissal of the Slocum Lawsuit, Defendants have agreed to pay Tracy Slocum $30,000.00, provided the Court approves such an amount.

### B. *What is the Legal Effect of Participating in the Settlement?*

If the Court grants final approval of the Settlement, in exchange for the establishment of the $2.1 million settlement fund described above, this action will be dismissed with prejudice and Class Members who do not opt out will fully release and discharge Defendants from certain claims. When claims are "released," that means that a person covered by the release cannot sue Defendants for any of the claims that are covered by the release.

In this case, you will release and forever discharge Defendants and all of its affiliates and agents from all claims related to this Lawsuit and that arose during any time that you worked for Defendants up until the time you sign the release.

These released claims include, without limitation, claims based on state or federal law governing overtime pay, failure to pay wages, denial of meal periods and rest breaks, failure to compensate for missed and/or interrupted breaks, compensatory time, miscalculation of the regular rate for overtime purposes, failure to pay wages upon termination, liquidated damages, failure to provide itemized wage statements, retaliation due to the filing of or participation in this Lawsuit, failure to make payments due, failure to keep records of hours worked or compensation due, failure to post a summary and/or notice of wage-hour laws and penalties for any of the foregoing, including without limitation claims under the Fair Labor Standards Act, the Employee Retirement Income Security Act (based upon claims derived from the allegations set forth in the Complaint), the New York Minimum Wage Act, New York Labor Law §§ 650 et seq., the New York Wage Payment Act, New York Labor Law §190 et seq., the New York Wage Theft Prevention Act, the New York State Department of Labor Regulations, 12 N.Y.C.R.R. Part 142 and/or any other statues, regulations and common laws of New York State relating to the foregoing.

If you currently have a pending legal claim or lawsuit against WorkFit Medical LLC, WorkFit Staffing LLC, Delphi Healthcare PLLC, Delphi Hospitalist Services LLC, or C. Jay Ellie, Jr., M.D., or if you anticipate filing a future legal claim or lawsuit based on events that already have taken place, you should promptly consult with your attorney about this Settlement and the impact of this release on your current or anticipated legal claims or lawsuits.

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

5

### C.  How Can I Participate in the Settlement?

If you wish to receive a distribution from the settlement fund, you must timely complete and mail the enclosed Claim Form and Individual Release according to instructions provided on the Claim Form.

The Claim Form and Individual Release must be properly completed, signed, and mailed to the Claims Administrator via First Class United States Mail, at the address below. Your Claim Form and Individual Release must be postmarked on or before **April 22, 2016**. If you do not properly complete and timely submit the Claim Form and Individual Release, you will not be eligible to receive any monetary distribution.

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

You should keep in mind that if you do not opt out, and if you do not properly and timely complete and return the Claim Form and Individual Release in accordance with the instructions provided on the form, you will not receive a distribution from the settlement fund, but you will still be bound by the Release described in Section 6.B.

Defendants will not retaliate or take any adverse action against a Class Member for making a claim under the Settlement.

### D.  How Will My Share Be Calculated if I Participate?

Each Class Member who submits a timely and properly completed Claim Form and Individual Release will receive a proportional share of the Net Settlement Fund (that is, the settlement funds that remain after deductions are made for claims administration costs, service awards, Slocum Lawsuit payment, and attorneys' fees and costs ("Net Settlement Fund")).

Your share will be based upon the number of weeks that you were employed by Defendants in an hourly position during the time periods that are relevant to this case.  Additionally, your share will also be based on whether you are a member of Subclass A or Subclass B, as described below:

"**Subclass A**" is defined as those members of the Settlement Class who worked as a staffing employee and/or on a temporary or per diem basis anytime during the period May 2, 2008 through preliminary approval of the Settlement by the Court (staffers), for those weeks in which such employees performed work for or on behalf of Defendants.

"**Subclass B**" is defined as all other members of the Settlement Class (clinical and other).  Subclass B includes any members of Subclass A who also worked as permanent employees for Defendants, for such workweeks in which they were classified as permanent.

The settlement payments will be made according to a formula that provides that the Net Settlement Fund will be available for distribution to Class Members based upon the weeks worked in an hourly position from May 2, 2008 through January 14, 2016.  However, the weeks worked by a member of Subclass A shall be divided by four.  Each Class Member will be entitled to his or her individual workweek count, divided by the total workweeks for all Class Members, times the amount of the Net Settlement Fund.

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

6

Amounts of the Net Settlement Fund that are not claimed by Class Members will revert to Defendants. The amount of your share of the Net Settlement Fund will not be affected by the number of Class Members who claim a share.

One-third (33 1/3%) of your settlement payment will be characterized as wage income, and subject to payroll and income taxes and withholdings.  These taxes and withholdings will be made to your settlement check and you will receive an IRS Form W-2 reporting the payment and withholdings.  An additional one-third (33 1/3%) of your settlement payment is characterized as payments related to the Wage Theft Prevention Act forms.  The remaining one-third (33 1/3%) of your settlement payment will be treated as liquidated damages. You will also receive an IRS Form 1099 for the amounts treated as payments related to the Wage Theft Prevention Act forms and liquidated damages.  You should consult with your tax professional concerning the proper tax payment for this payment.

### 7.   When Is The Fairness Hearing To Determine Whether The Settlement Will Be Approved?

The Court has granted preliminary approval of the proposed Settlement, concluding preliminarily that the Settlement is fair, adequate, and reasonable and that the proposed distribution of the Settlement amount is fair, adequate, and reasonable.

A hearing will be held to determine whether final approval of the Settlement and the amount of reasonable attorneys' fees and costs and service awards should be granted. At the hearing, the Court will hear objections, if any, and arguments concerning the fairness of the proposed Settlement and the request for reasonable attorneys' fees and costs and service awards. The hearing will take place before Judge Wolford on May 3, 2016 at 3:00 p.m. or as soon thereafter as practicable, at the Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614. The time and date of the hearing may be continued or adjourned, so please contact Class Counsel prior to the date of the hearing if you plan to attend.

**YOU ARE NOT OBLIGATED TO ATTEND THIS HEARING. YOU MAY ATTEND THE HEARING IF YOU PLAN TO OBJECT TO THE SETTLEMENT. YOU MAY ALSO RETAIN YOUR OWN ATTORNEY TO REPRESENT YOU IN YOUR OBJECTIONS. IF YOU WISH TO OBJECT TO THE SETTLEMENT, YOU MUST SUBMIT A WRITTEN OBJECTION AS DESCRIBED IN THE FOLLOWING SECTION. IF YOU WISH TO APPEAR AT THE HEARING TO DISCUSS YOUR OBJECTION YOU MUST STATE IN YOUR OBJECTION YOUR INTENTION TO APPEAR AT THE FAIRNESS HEARING.**

### 8.   How Can You Object To The Proposed Settlement?

If you want to present objections at the Fairness Hearing, you must submit a written statement of the objection(s) to the Claims Administrator at the address below. **You may object to the Settlement, but still participate in the Settlement if you timely submit a Claim Form and Individual Release.** Your objection will not be heard unless it is mailed to the Claims Administrator via First Class United States Mail, postage prepaid. To be effective any objections must be postmarked no later than March 23, 2016. You do not need to be represented by counsel to object. If you wish to

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

7

represent your objection at the fairness hearing, you must state your intention to do so in your written objection. You may hire a lawyer to assist you with your objection or to represent you at the Fairness Hearing.

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**9.   How Can You Opt Out Of The Settlement?**

You have the right to exclude yourself, and yourself only, from this Lawsuit and Settlement. If you choose to exclude yourself, you will not be barred from seeking relief with respect to any legal claims and will be free to pursue an individual claim, if any, against Defendants, but you will not be eligible to receive the benefits of this Settlement.

If you intend to exclude yourself, you must complete the enclosed Opt-Out Statement and mail it to the Claims Administrator at the address below. The Opt-Out Statement must be mailed to the Claims Administrator via First Class United States Mail, postage prepaid, and postmarked no later than April 22, 2016.

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**10. What If You Have Questions?**

If you have questions about this Notice, or want additional information, you can contact the Claims Administrator at 1-844-498-2510.

**Dated: January 14, 2016.**

**This Notice is sent to you by Order of the United States District Court for the Western District of New York.**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

8

Claim ID: WRK0123456

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## CLAIM FORM AND INDIVIDUAL RELEASE INSTRUCTIONS

If you are a Class Member and you did not opt out of the Settlement, and if you properly complete the Claim Form and Individual Release and timely mail it to the Claims Administrator according to these instructions, you will be eligible for a distribution from the Settlement. For more information on the Settlement, how your share of the settlement funds will be calculated and your rights, please see the accompanying Notice.

In order to receive any portion of the settlement funds you MUST complete, sign, date, and mail this Claim Form and Individual Release to the Claims Administrator at the address below. To be effective this Claim Form and Individual Release must be mailed via First Class United States Mail and postmarked no later than **April 22, 2016**. If the Claims Form and Individual Release is not postmarked by **April 22, 2016**, you will NOT be eligible to receive any portion of the settlement funds. The Claim Form and Individual Release must be mailed via First Class United States Mail to:

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**BE SURE TO MAKE A COPY OF THE SIGNED CLAIM FORM AND INDIVIDUAL RELEASE FOR YOUR RECORDS.**

**By signing, dating, and mailing the Claim Form and Individual Release, you are agreeing to the Release of Claims set forth below.  (For Further Information, see Notice.)**

**By signing, dating, and mailing the Claim Form and Individual Release, you also consent to become a party plaintiff to this action under the federal Fair Labor Standards Act, 29 U.S.C. §216(b). (For Further Information, see Notice.)**

### CHANGE OF ADDRESS

**It is your responsibility to keep a current address on file with the Claims Administrator. Please make sure to notify the Claims Administrator of any change of address.**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510



Claim ID: WRK0123456

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## CLAIM FORM AND INDIVIDUAL RELEASE

**THIS FORM MUST BE POSTMARKED NO LATER THAN APRIL 22, 2016**
**TO THE CLAIMS ADMINISTRATOR:**

**Acevedo v. Workfit Medical LLC Claims Administrator**
**c/o Class Action Administration, Inc.**
**PO Box 6878**
**Broomfield, CO 80021**

**Claim Information:**

| | |
|---|---|
| Claim Number: | [Claim Number] |
| Name: | [Name] |
| Address: | [Address] |
| | [City], [State] [Zip] |
| Home Telephone Number: | [Telephone Number] |
| Weeks worked for purposes of settlement: | [Total Weeks Worked] |

**Verification:**

Please verify your identity by providing the last four digits of your Social Security Number and verify your address above by signing below. If the address above is incorrect, please give the correct address in the space below. The address you list is the address where the check will be mailed. Please also provide your telephone number.

_____      ( _____ ) _____

Social Security Number                           Telephone Number

**Address Update:**

If your address is different than what is printed above, please provide your updated address:

_____

Street Address or P.O. Box              City                 State              Zip Code

**Release of Claims:**

By signing below, I hereby forever and fully release Defendants and any parent, subsidiary, related entities, affiliate, predecessor or successor, and all agents, employees, officers, members, directors and attorneys thereof (the

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

2

"Released Parties"), from any and all past and present matters, claims, debts, liabilities, demands, obligations, guarantees, costs, expenses, attorney's fees, damages, action or causes of action contingent or accrued for, which I have or might have, known or unknown, asserted or unasserted, of any kind whatsoever, that are based upon an alleged failure to pay overtime, wages, or other compensation under federal, state, local or other applicable law, and/or that Defendants failed to provide proper wage notices to me under state law, that otherwise relate to the Action or that arise out of or relate to the facts, acts, transactions, occurrences, events or omissions alleged in the Action and/or otherwise arise out of or relate to the assertion of claims in the Action, and that arose during any time that I worked for Defendants up and until the effective date of this Release ("Released Claims").

The Released Claims include without limitation claims asserted in this Action and/or any other claims based on state or federal law governing overtime pay, failure to pay wages, denial of meal periods and rest breaks, failure to compensate for missed and/or interrupted breaks, compensatory time, miscalculation of the regular rate for overtime purposes, failure to pay wages upon termination, liquidated damages, failure to provide itemized wage statements, retaliation due to the filing of or participation in this Action, failure to make payments due, failure to keep records of hours worked or compensation due, failure to post a summary and/or notice of wage-hour laws and penalties for any of the foregoing, including without limitation claims under the Fair Labor Standards Act, the Employee Retirement Income Security Act (based upon claims derived from the allegations set forth in the Complaint), the New York Minimum Wage Act, New York Labor Law §§ 650 et seq., the New York Wage Payment Act, New York Labor Law §190 et seq., the New York Wage Theft Prevention Act, the New York State Department of Labor Regulations, 12 N.Y.C.R.R. Part 142 and/or any other statues, regulations and common laws of New York State relating to the foregoing.

**Consent to Join:**

Pursuant to 29 U.S.C. § 216(b), I further understand that by signing below, I am consenting to join this Civil Action, *Acevedo , et al. v. WorkFit Medical, et al.*, Case No. 14-CV-6221 (U.S. Dist. Ct., W.D. New York), for settlement purposes and participate in the claims administration process. I hereby designate the law firms of Thomas & Solomon, LLP and Klafehn Heise & Johnson, PLLC to represent me. I consent and agree to be bound by the judgment as approved by my attorneys and approved by the Court as fair, adequate and reasonable.


     I certify that the above information is correct to the best of my knowledge and belief.


_____       _____
Date                                         Signature

                                      _____
                                        Print Name


To be valid, this Claim Form and Individual Release must be properly completed, signed, dated, and mailed to the Claims Administrator at the following address via First Class United Sates Mail and postmarked by April 22, 2016:

          Acevedo v. Workfit Medical LLC Claims Administrator
          c/o Class Action Administration, Inc.
          PO Box 6878
          Broomfield, CO 80021

**YOU MUST COMPLETE BOTH PAGES OF
THE CLAIM FORM AND INDIVIDUAL RELEASE**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

3

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

**<u>OPT-OUT STATEMENT</u>**

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_____        _____
Print Name                                                                Social Security Number


_____
Signature


**SEND TO CLAIMS ADMINISTRATOR AT:**

        Acevedo v. Workfit Medical LLC Claims Administrator
        c/o Class Action Administration, Inc.
        PO Box 6878
        Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**


In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:


    <u>Class Counsel</u>                   <u>Counsel for Defendants</u>
    Michael J. Lingle              Linda Prestegaard
    Thomas & Solomon LLP      Phillips Lytle LLP
    693 East Avenue             28 East Main Street, Suite 1400
    Rochester, NY  14607       Rochester, NY 14614


**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**


Questions? Call the Claims Administrator toll-free at 1-844-498-2510

# EXHIBIT 2

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
WESTMINSTER, CO
PERMIT 45

**Reminder of April 22, 2016
Deadline to File Claim
in Class Action Settlement**

List ID: [WRK000000]

[Class Member Name]
[Primary Address]
[Secondary Address]
[City, State Zip]

*Zenaida Acevedo et al. v. Workfit Medical LLC, et al. Class Action Settlement*
**United States District Court for the Western District of New York,**
**Civ. No. 14-cv-6221 EAW (MWP)**

You recently were sent a Notice explaining that you can participate in the Settlement captioned *Zenaida Acevedo, et al. v. Workfit Medical LLC, et al*. Our records show that you have not yet returned a Claim Form and Individual Release.  To receive a Settlement payment, class members **MUST return their completed and signed Claim Form and Individual Release postmarked no later than:**

## April 22, 2016

If you do not submit a Claim Form and Individual Release by the date above, you will still be bound by the terms of the Settlement, and you will not be eligible to receive a Settlement payment.

For more information or to get another copy of the Notice or Claim Form and Individual Release, you may call the Claims Administrator toll-free at 1-844-498-2510.

# EXHIBIT 3

Zenaida Acevedo, et al.

v.

Workfit Medical LLC, et al.

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

Michael Foster

Print Name

**REDACTED**

Social Security Number

Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

Class Counsel
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Counsel for Defendants
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900001

**Zenaida Acevedo, et al.**

**v.**

**Workfit Medical LLC, et al.**

### OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_Linda Schoenheit_

Print Name

_REDACTED_

Social Security Number

_Linda Schrenheit_  2/26/16

Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY  14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_Meaghan M. Domm_
Print Name

**REDACTED**
Social Security Number

_Meaghan M. Domm_
Signature

**REDACTED**

**SEND TO CLAIMS ADMINISTRATOR AT:**

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY  14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900005

Zenaida Acevedo, et al.

v.

Workfit Medical LLC, et al.

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

MARISA STORKE

Print Name

**REDACTED**

Social Security Number

Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

        Acevedo v. Workfit Medical LLC Claims Administrator
        c/o Class Action Administration, Inc.
        PO Box 6878
        Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

Class Counsel
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Counsel for Defendants
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900005

WRK900006

**Zenaida Acevedo, et al.**

**v.**

**Workfit Medical LLC, et al.**

**OPT-OUT STATEMENT**

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

GERALD E. MARTEL, JR.                          REDACTED
Print Name                                     Social Security Number

*Gerald E. Martel, Jr.*
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900006

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

<u>OPT-OUT STATEMENT</u>

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

__Kurt D. Ransom__
Print Name

**REDACTED**

Social Security Number

_____
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900009

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

Ashly Palmer
_____
Print Name

Ashly Palmer
_____
Signature

**REDACTED**
_____
Social Security Number

**SEND TO CLAIMS ADMINISTRATOR AT:**

> Acevedo v. Workfit Medical LLC Claims Administrator
> c/o Class Action Administration, Inc.
> PO Box 6878
> Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900009

WRK900010

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_____          __**REDACTED**_____
Print Name                                        Social Security Number

_____
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

       Acevedo v. Workfit Medical LLC Claims Administrator
       c/o Class Action Administration, Inc.
       PO Box 6878
       Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN**
**April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

Class Counsel                            Counsel for Defendants
Michael J. Lingle                        Linda Prestegaard
Thomas & Solomon LLP                     Phillips Lytle LLP
693 East Avenue                          28 East Main Street, Suite 1400
Rochester, NY 14607                      Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900010

WRK900011

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_Yvonne Toumani_
Print Name

REDACTED
Social Security Number

_Youmani_
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

Class Counsel
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY  14607

Counsel for Defendants
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900011

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

### OPT-OUT STATEMENT

### SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. <u>I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement</u>. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

Lori McCormick

REDACTED

Print Name                                    Social Security Number

Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

### MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

<u>Class Counsel</u>
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

<u>Counsel for Defendants</u>
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

### WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

**Zenaida Acevedo, et al.**

**v.**

**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

Janae Wigington
_____
Print Name

[REDACTED]
_____
Social Security Number

_____
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

Class Counsel
Michael J. Lingle
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Counsel for Defendants
Linda Prestegaard
Phillips Lytle LLP
28 East Main Street, Suite 1400
Rochester, NY 14614

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

Questions? Call the Claims Administrator toll-free at 1-844-498-2510

WRK900018

**Zenaida Acevedo, et al.**
**v.**
**Workfit Medical LLC, et al.**

## OPT-OUT STATEMENT

**SUBMIT THIS FORM ONLY IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU WILL NOT BE ELIGIBLE TO RECEIVE ANY MONEY FROM THE SETTLEMENT.**

I wish to opt of the Settlement of the *Zenaida Acevedo et al. v. Workfit Medical LLC*, et al. case. I understand that by opting out, I will be excluded from the Settlement and will receive no money from the Settlement. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had filed a claim under the Settlement in this lawsuit. I understand that any separate lawsuit by me will be undertaken at my own expense and at my own risk. I understand that Counsel for the Class will not represent my interests (including in any other lawsuit) if I opt out.

_Lois I Taggart_
Print Name

**REDACTED**
Social Security Number

_Lois I Taggart_
Signature

**SEND TO CLAIMS ADMINISTRATOR AT:**

Acevedo v. Workfit Medical LLC Claims Administrator
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL AND POSTMARKED NO LATER THAN April 22, 2016**

In addition, you must send copies of this form to Class Counsel and Counsel for Defendants, postmarked on or before April 22, 2016 at the addresses listed below:

| Class Counsel | Counsel for Defendants |
|---|---|
| Michael J. Lingle | Linda Prestegaard |
| Thomas & Solomon LLP | Phillips Lytle LLP |
| 693 East Avenue | 28 East Main Street, Suite 1400 |
| Rochester, NY 14607 | Rochester, NY 14614 |

**WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS - YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED**

WRK900018

Questions? Call the Claims Administrator toll-free at 1-844-498-2510